FILED

02/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

IN THE SUPREME COURT OF THE
STATE OF MONTANA

Case No. DA 23-0575

_____

RIKKI HELD; et al.,

Plaintiffs and Appellees,

vs.

STATE OF MONTANA, et al.

Defendants and Appellants.

_____

***(PROPOSED) Order Granting Motion by NorthWestern Corporation for Leave to File Amicus Curiae Brief***

_____

Pursuant to the Unopposed Motion by NorthWestern Corporation ("NorthWestern") for Leave to File Amicus Curiae Brief and for good cause appearing,

IT IS HEREBY ORDERED that NorthWestern shall have up to and including February 23, 2024 with which to file its Amicus Curiae Brief.

DATED this _____ day of February, 2024.

_____
Hon.
Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 2 2024